**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 6:12-cv-00017 |
| | ) | |
| AT&T MOBILITY LLC, *et al.* | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| | ) | |
| ADAPTIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 6:12-cv-00020 |
| | ) | |
| CELLCO PARTNERSHIP *d/b/a* | ) | |
| VERIZON WIRELESS, *et al.*, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ADAPTIX, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 6:12-cv-00120 |
| | ) | |
| CELLCO PARTNERSHIP *d/b/a* | ) | |
| VERIZON WIRELESS, *et al.*, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**<u>ORDER GRANTING ADAPTIX'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS</u>**

On this day the Court considered Adaptix Inc.'s ("Adaptix") Unopposed Motion for Leave to Exceed Page Limit for Its Response to the Report and Recommendation issued by this Court on May 12, 2015. Based on the Unopposed Motion, the grounds set forth therein, the fact

that the Defendants are unopposed to the Motion, and the pleadings in this case, the Court is of the opinion that the Unopposed Motion shall be, and is hereby, GRANTED.

It is therefore ORDERED that Adaptix may file an additional 7 pages (15 pages total) for its Objections to this Court's Report and Recommendation.

**SIGNED this 27th day of May, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE