**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC.,  Plaintiff,  v.  AT&T MOBILITY LLC, et al.  Defendants. | ) ) ) ) ) ) ) ) | Civil Action 6:12-cv-017-RWS-CMC |
| v.  PANTECH WIRELESS, INC., et al.  Defendants. | ) ) ) ) ) ) ) ) ) | Civil Action 6:12-cv-020-RWS-CMC |
| v.  CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, et al.  Defendants. | ) ) ) ) ) ) ) ) ) | Civil Action 6:12-cv-120-RWS-CMC |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO EXCEED PAGE LIMITS**

Before the Court is Defendants' Unopposed Motion for Leave to Exceed Page Limits, submitted by AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless , LG Electronics, Inc., LG Electronics U.S.A., Inc., and Pantech Wireless, Inc. (collectively "Defendants").  Based on the Unopposed Motion, the grounds set forth therein, the fact that the Adaptix is unopposed to the Motion, and the pleadings in this case, the Court is of the opinion that the Unopposed Motion shall be, and is hereby, **GRANTED**.

It is therefore ORDERED that Defendants may file an additional 7 pages (15 pages total) with their Opposition to Adaptix's Objections to the Magistrate Report and Recommendations Regarding Defendants' Motion for Summary Judgment on Preclusion Grounds.

**SIGNED this 2nd day of June, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE